**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL EDWARD JANSEN,<br><br>        Petitioner,<br><br>    v.<br><br>JERRY OURIQUE,<br><br>        Respondent. | No. 1:25-cv-00491 JLT SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING GROUNDS TWO AND THREE OF THE PETITION, GRANTING PETITIONER'S MOTION TO STAY, STAYING PROCEEDINGS, AND DIRECTING PETITIONER TO FILE STATUS REPORT<br><br>(Doc. 9) |

    Michael Edward Jansen is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    The magistrate judge issued findings and recommendations recommending that Grounds Two and Three of the petition be dismissed and Petitioner's motion to stay be granted. (Doc. 9.) The Court served the findings and recommendations on Petitioner and notified him that any objections thereto were to be filed within thirty days after service. (*Id.*) The Court also advised him that failure to file objections within the specified time may waive the right to appeal. (*Id*. at 8.) To date, no objections have been filed, and the time for doing so has passed.

    According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and

recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on August 21, 2025 (Doc. 9) are **ADOPTED IN FULL**.
2. Grounds Two and Three of the petition are **DISMISSED**.
3. Petitioner's motion to stay is **GRANTED**.
4. The proceedings are **STAYED** pending exhaustion of state remedies.
5. Petitioner **SHALL** file a status report **within 30 days** of the date of service of this order, and **every 90 days** thereafter.
6. Within 30 days following the final order of the state courts, Petitioner **SHALL** notify the Court and request that the stay be lifted and the case proceed.

IT IS SO ORDERED.

Dated: __November 14, 2025__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE