# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD JANSEN, | Case No. 1:25-cv-00491-JLT-SAB-HC |
| Petitioner, | ORDER TO FILE STATUS REPORT |
| v. | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |
| JERRY OURIQUE, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 14, 2025, the Court stayed the federal habeas proceedings pending exhaustion of state remedies and ordered Petitioner to file an initial status report within thirty days of the date of service of the order. (ECF No. 10.) Over thirty days have passed and Petitioner has failed to file a status report.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that within FOURTEEN (14) days of the date of service of this order, Petitioner SHALL file a status report and show cause why sanctions should not be imposed for failure to obey the Court's November 14, 2025 order.

IT IS SO ORDERED.

Dated: **January 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge