# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD JANSEN,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY OURIQUE,<br><br>    Respondent. | Case No. 1:25-cv-00491-JLT-SAB-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 11) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 14, 2025, the Court stayed the federal habeas proceedings pending exhaustion of state remedies and ordered Petitioner to file an initial status report within thirty days of the date of service of the order. (ECF No. 10.) As over thirty days had passed, the Court ordered Petitioner to file a status report and show cause why sanctions should not be imposed. (ECF No. 11.)

On January 20, 2026, Petitioner filed a response, informing the Court that "it slipped [his] mind" and that his claim is pending in the superior court. (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 11) is DISCHARGED; and

2. Petitioner SHALL FILE a status report within ninety (90) days of the date of service of this order, and every ninety (90) days thereafter.

1

Petitioner is forewarned that failure to comply with this order will result in the Court vacating the stay.

IT IS SO ORDERED.

Dated:   **January 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge